IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | NO. 02-CR-40004-WDS |
| DANIEL W. ROSS, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is a motion of defense counsel to amend Administrative Order No. 148 to allow the office of the Federal Public Defender to file a motion for retroactive reduction in sentence pursuant to U.S.S.G. § 2D1.1 (Doc. 301).

Defense counsel represents that he did the work related to the possible reduction in sentence motion before Administrative Order 148 was entered, that additional costs will not be incurred by the government in the filing of this petition, and that the United States Attorney and the United States Probation Office are in agreement that the defendant is entitled to a reduction in sentence.

Upon review of the record, the Court **GRANTS** the defendant's motion and will allow defense counsel to file the motion for reduction in sentence on behalf of the defendant, instanter.

**IT IS SO ORDERED.**

**DATE:  17 June, 2013**

/s/  WILLIAM D. STIEHL
        DISTRICT JUDGE